IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SUSAN SOKOLOWSKI, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-170 |
| v. | |
| THE FRESH MARKET, INC.; and JOHN DOE, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal with Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant The Fresh Market, Inc.,[1] in which the parties stipulate to the dismissal of this matter with prejudice. (Doc.23.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 14th day of November, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff, in her Complaint, purported to assert claims against "John Doe," explaining that he is "the unknown store manager of The Fresh Market, Inc.'s store located at 5525 Abercorn Street, Savannah, Georgia . . . ." (See doc. 1-2, p. 2.) "[F]ictitious-party pleading is not permitted in federal court," Richardson v. Johnson, 598 F.3d 734, 738 (11th Cir. 2010), and Plaintiff has not sufficiently identified the defendant to whom she intended to refer through the use of this fictitious moniker. Additionally, no one has appeared in the case on behalf of any party that might qualify as the defendant that Plaintiff identified as "John Doe." Accordingly, the Court dismisses Plaintiff's claims against "John Doe." See id.